

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 29, 2020

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:   **United States v. Christopher Montanez, 20 Cr. 141 (LGS)**

Dear Judge Schofield:

    A pretrial conference in the above-captioned case is currently scheduled for July 9, 2020. The parties have conferred and jointly request that the conference be adjourned 60 days. The adjournment will allow defense counsel to continue to review discovery with his client and allow the parties to discuss a possible disposition in this matter.

    The Government respectfully requests that time be excluded under the Speedy Trial Act between July 9, 2020, through the next-scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

by:  /s/ Rebecca Dell
     Rebecca Dell
     Assistant United States Attorney
     (212) 637-2198

Application DENIED without prejudice to renewal. The parties shall refile this application proposing an amended schedule the filing of motions and three proposed dates for a status conference. The parties also should state whether the parties seek to have the Court exclude time under the Speedy Trial Act between the filing of the order and the pre-trial conference, and the basis for the exclusion. The Clerk of the Court is directed to terminate the letter motion at docket number 12.

Dated: June 30, 2020
New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**