# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 6, 2020

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Christopher Montanez**
    20 Cr. 141 (LGS)

Your Honor:

*Application Granted. The status conference is adjourned to* ***September 3, 2020 at 11:30 a.m***. *For the reasons stated below, the Court finds that the ends of justice served by excluding the time between today and September 3, 2020 outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). It is hereby ORDERED that the time between today and September 3, 2020 is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 14.*
*Dated: July 7, 2020*
*New York, New York*

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

    With the consent of the government, we request that the status conference scheduled for July 9, 2020 be adjourned until August 28, September 3, or September 4, 2020. Mr. Montanez does not intend to file any motions in this matter. We are requesting the adjournment to allow Mr. Montanez sufficient time to determine if he wishes to enter a plea of guilty or to proceed to trial.

    The parties request that the time be excluded for purposes of the Speedy Trial Act because such an exclusion would be in the interests of justice, Title 18, U.S.C. sec. 3161(H)(7)(A).

    Thank you for your consideration of this request.

                        Respectfully submitted,

                                s/
    Mark B. Gombiner

                        Attorney for Christopher Montanez

Cc: A.U.S.A. Rebecca Dell