UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
    - v. -                        :   **ORDER**
                                  :
CHRISTOPHER MONTANEZ,             :   20 Cr. 141 (LGS)
                                  :
       Defendant.              :
-----------------------------------------------------------x

    WHEREAS this Court has referred this matter to the Magistrate Judge on duty for the purpose of permitting Christopher Montanez, the defendant, to enter a guilty plea in the above-captioned matter;

    WHEREAS the defendant has requested that his guilty plea be taken remotely by video conference or by telephone conference;

    WHEREAS the ongoing COVID-19 pandemic and Mr. Montanez's vulnerability to COVID-19 necessitate that the proceeding take place remotely;

    WHEREAS the Coronavirus Aid, Relief, and Economic Securities Act; findings made by the Judicial Conference of the United States; and the June 24, 2020 Amended Standing Order of Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by video conference, or telephone conference if videoconferencing is not reasonably available, subject to certain findings made by the District Judge assigned to the matter;

    THE COURT HEREBY FINDS that defendant Christopher Montanez has consented to proceeding remotely and the plea proceeding cannot be further delayed without serious harm to the interests of justice and therefore may proceed remotely by videoconferencing or by telephone conferencing if videoconferencing is not reasonably available.

SO ORDERED.

Dated: New York, New York
       September 24, 2020

                                                _____
                                                LORNA G. SCHOFIELD
                                                **UNITED STATES DISTRICT JUDGE**