

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2020

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Christopher Montanez, 20 Cr. 141 (LGS)**

Dear Judge Schofield:

A pretrial conference in the above-captioned case is currently scheduled for October 1, 2020. The parties have conferred and jointly request that the conference be adjourned at least 30 days. The adjournment will provide the parties time to schedule a plea with magistrate court, pursuant to the Court's order dated September 24, 2020 (Doc. No. 21).

The Government respectfully requests that time be excluded under the Speedy Trial Act between October 1, 2020, through the next-scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

by:  /s/ Rebecca Dell
Rebecca Dell
Assistant United States Attorney
(212) 637-2198

Application Granted. The status conference is adjourned to November 5, 2020 at 11:45 a.m. For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and November 5, 2020 outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). It is hereby ORDERED that the time between today and November 5, 2020 is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 22.

Dated: September 30, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**