UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CHRISTOPHER MONTANEZ,

*Defendant.*

~~[PROPOSED]~~ ORDER

20 Cr. 141 (LGS)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on November 9, 2020;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
       November 10, 2020

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**