UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                        :

UNITED STATES OF AMERICA,              :
                       Plaintiff,   :
                                          :              20 Cr. 141 (LGS)
           -against-                :
                                          :             SCHEDULING ORDER

CHRISTOPHER MONTANEZ,          :
                       Defendant,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Christopher Montanez's sentencing hearing shall

be held on **March 4, 2021** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall

Courthouse, 40 Foley Square, New York, New York 10007.   Defendant's pre-sentencing

submission, if any, shall be filed on or before **February 8, 2021**.  The Government's pre-

sentencing submission, if any, shall be filed by **February 11, 2021.**


Dated:  November 10, 2020
         New York, New York

_____
           **LORNA G. SCHOFIELD**
           **UNITED STATES DISTRICT JUDGE**