UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,          :
                                 Plaintiff,  :
                                                    :      20 Cr. 141 (LGS)
             -against-                   :
                                                    :      <u>ORDER</u>
CHRISTOPHER MONTANEZ,          :
                               Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for April 21, 2021, is adjourned to **April 28, 2021, at 12:00 p.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse. Members of the public may attend by dialing the audio-only line, (888) 363-4749, using Access Code 558-3333.

Dated: April 16, 2021
        New York, New York

                                                              LORNA G. SCHOFIELD
                                                     **UNITED STATES DISTRICT JUDGE**